# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1269**                                             **September Term, 2023**

**Filed On:** December 21, 2023

In re: Peter Williams,

        Petitioner

      **BEFORE:**    Henderson, Childs, and Pan, Circuit Judges

## O R D E R

      Upon consideration of the petition for writ of mandamus, the opposition thereto, and the reply, it is

      **ORDERED** that the petition be dismissed for lack of jurisdiction. Because petitioner seeks to compel respondent to act on his pending reconsideration petition, jurisdiction over this case lies in the district court. See 42 U.S.C. §§ 7604(a), 7675(k)(1)(C); Mexichem Specialty Resins, Inc. v. EPA, 787 F.3d 544, 553 n.6 (D.C. Cir. 2015).

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                              BY:    /s/
                                             Selena R. Gancasz
                                             Deputy Clerk